394 A.2d 624

Lumbermens Mutual Casualty Co., Appellant, v. Hamilton.

Argued June 16, 1978.   Henry J. Lotto, for appellant;  Frank L. Caiola, for appellee.

Order affirmed.